**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brittney Nix-Crawford                                    CHAPTER 13
                Debtor(s)

                                                          BKY. NO. 20-12678 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                  Respectfully submitted,
                                                  **/s/ Rebecca A. Solarz Esquire**
                                                  Rebecca A Solarz, Esquire
                                                  Kevin G. McDonald, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322