UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Brittney Nix-Crawford | Bankruptcy No.20-12678-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of September, 2020, by first class mail upon those listed below:

Brittney Nix-Crawford
254 West Essex Avenue
Lansdowne, PA  19050

**Electronically via CM/ECF System Only:**

ROBERT C LEITE-YOUNG
LAW OFFICE OF ROBERT LEITE-YOUNG
6950 CASTOR AVENUE
PHILADELPHIA, PA  19149

/s/ Deborah A. Earnshaw
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee