**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: BRITTNEY NIX-CRAWFORD     :     CHAPTER 13
                                :
                                :
        DEBTOR                  :     Bankruptcy No. 20-12678AMC

<u>ENTRY OF APPEARANCE/WITHDRAWAL OF APPEARANCE</u>

TO THE CLERK:

Kindly enter my appearance on behalf of the Debtor, Brittney Nix-Crawford, and include my name on the Mailing matrix to receive all notices in this case. The debtor's prior counsel is suspended.

Respectfully submitted,

<u>/Zachary Perlick, Esquire/</u>
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 720
Philadelphia, PA 19102
(215) 569-2922
Perlick@verizon.net