| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| UWP | 004990 | 503000 | | 0000170029 | 2 |

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

## Earnings Statement

**ADP**

Period Beginning: 04/01/2020
Period Ending: 04/30/2020
Pay Date: 04/24/2020

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

BRITTNEY E. NIX-CRAWFORD
254 W ESSEX AVE
LANSDOWNE PA 19050

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 525.00 | 12,575.00 |
| **Gross Pay** | | | **$525.00** | 12,575.00 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -32.55 | | 754.85 |
| Medicare Tax | -7.61 | | 176.54 |
| PA State Income Tax | -16.12 | | 379.92 |
| Lansdowne B Income Tax | -2.62 | | 61.86 |
| Lower Merion Local Svc Tax | -4.34 | | 30.38 |
| PA SUI/SDI Tax | -0.32 | | 7.55 |
| Federal Income Tax | | | 638.82 |
| **Other** | | | |
| Sal Red Agrment | -15.75* | | 294.75 |
| Add Life Ins | | | 14.00 |
| Dep Care Fsa | | | 200.00 |
| Med125 Pa | | | 200.00 |
| **Net Pay** | | **$445.69** | |
| Checking 1 | | -445.69 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $509.25

© 2000 ADP, LLC

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Advice number: 00000170029
Pay date: 04/24/2020

Deposited to the account of
BRITTNEY E. NIX-CRAWFORD

account number    transit ABA    amount
$445.69

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UWP | 004990 | 503000 | | 0000170028 | 055 |

## Earnings Statement  ADP

Period Beginning: 04/01/2020
Period Ending: 04/30/2020
Pay Date: 04/24/2020

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   PA: N/A

BRITTNEY E. NIX-CRAWFORD
254 W ESSEX AVE
LANSDOWNE PA 19050

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 12,050.00 |
| **Gross Pay** | | | **$2,750.00** | 12,050.00 |

**Important Notes**
BASIS OF PAY: SALARY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -157.58 | | 638.82 |
| Social Security Tax | -164.30 | | 722.30 |
| Medicare Tax | -38.43 | | 168.93 |
| PA State Income Tax | -82.89 | | 363.80 |
| Lansdowne B Income Tax | -13.50 | | 59.24 |
| Lower Merion Local Svc Tax | -4.34 | | 26.04 |
| PA SUI/SDI Tax | -1.65 | | 7.23 |
| **Other** | | | |
| Add Life Ins | -3.50 | | 14.00 |
| Dep Care Fsa | -50.00* | | 200.00 |
| Med125 Pa | -50.00* | | 200.00 |
| Sal Red Agrment | -82.50* | | 279.00 |
| **Net Pay** | **$2,101.31** | | |
| Checking 1 | -2,101.31 | | |
| **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,567.50

© 2000 ADP, LLC

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Advice number: 00000170028
Pay date: 04/24/2020

Deposited to the account of
BRITTNEY E. NIX-CRAWFORD

account number    transit ABA    amount
$2,101.31

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UWP | 004990 | 503000 | | 0000210029 | 055 1 |

## Earnings Statement ADP

Period Beginning: 05/01/2020
Period Ending: 05/31/2020
Pay Date: 05/22/2020

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

BRITTNEY E. NIX-CRAWFORD
254 W ESSEX AVE
LANSDOWNE PA 19050

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 15,325.00 |
| Gross Pay | | | $2,750.00 | 15,325.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -157.58 | 796.40 |
| Social Security Tax | -164.30 | 919.15 |
| Medicare Tax | -38.42 | 214.96 |
| PA State Income Tax | -82.89 | 462.81 |
| Lansdowne B Income Tax | -13.50 | 75.36 |
| Lower Merion Local Svc Tax | -4.34 | 34.72 |
| PA SUI/SDI Tax | -1.65 | 9.20 |

| Other | | |
|---|---|---|
| Add Life Ins | -3.50 | 17.50 |
| Dep Care Fsa | -50.00* | 250.00 |
| Med125 Pa | -50.00* | 250.00 |
| Tx Shel Annuity | -82.50* | 82.50 |
| Sal Red Agrment | | 294.75 |

| Net Pay | $2,101.32 |
|---|---|
| Checking 1 | -2,101.32 |
| Net Check | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,567.50

© 2000 ADP, LLC

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Advice number: 00000210029
Pay date: 05/22/2020

Deposited to the account of
BRITTNEY E. NIX-CRAWFORD

| account number | transit ABA | amount |
|---|---|---|
| | | $2,101.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. UWP | FILE 004990 | DEPT. 503000 | CLOCK | VCHR. NO. 0000210030 | 055 2 |

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

## Earnings Statement  ADP

| | |
|---|---|
| Period Beginning: | 05/01/2020 |
| Period Ending: | 05/31/2020 |
| Pay Date: | 05/22/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BRITTNEY E. NIX-CRAWFORD
254 W ESSEX AVE
LANSDOWNE PA 19050

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | 525.00 | | 15,850.00 |
| **Gross Pay** | | | **$525.00** | 15,850.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -32.55 | 951.70 |
| Medicare Tax | -7.62 | 222.58 |
| PA State Income Tax | -16.12 | 478.93 |
| Lansdowne B Income Tax | -2.62 | 77.98 |
| Lower Merion Local Svc Tax | -4.34 | 39.06 |
| PA SUI/SDI Tax | -0.31 | 9.51 |
| Federal Income Tax | | 796.40 |

**Other**

| | | |
|---|---|---|
| Tx Shel Annuity | -15.75* | 98.25 |
| Add Life Ins | | 17.50 |
| Dep Care Fsa | | 250.00 |
| Med125 Pa | | 250.00 |
| Sal Red Agrment | | 294.75 |

| **Net Pay** | **$445.69** |
|---|---|
| Checking 1 | -445.69 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages
Your federal taxable wages this period are $509.25

© 2000 ADP, LLC

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Advice number:  00000210030
Pay date:  05/22/2020

Deposited to the account of
BRITTNEY E. NIX-CRAWFORD

| account number | transit ABA | amount |
|---|---|---|
| | | $445.69 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| UWP | 004990 | 503000 | | 0000260020 | 1 |

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

## Earnings Statement  ADP

Period Beginning:   06/01/2020
Period Ending:      06/30/2020
Pay Date:           06/25/2020

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

BRITTNEY E. NIX-CRAWFORD
254 W ESSEX AVE
LANSDOWNE PA 19050

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2750.00 | | 2,750.00 | 18,600.00 |
| **Gross Pay** | | | **$2,750.00** | 18,600.00 |

**Important Notes**
BASIS OF PAY: SALARY

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -157.58 | 953.98 |
| Social Security Tax | -164.30 | 1,116.00 |
| Medicare Tax | -38.42 | 261.00 |
| PA State Income Tax | -82.89 | 561.82 |
| Lansdowne B Income Tax | -13.50 | 91.48 |
| Lower Merion Local Svc Tax | -4.34 | 43.40 |
| PA SUI/SDI Tax | -1.65 | 11.16 |

Other
| | this period | year to date |
|---|---|---|
| Add Life Ins | -3.50 | 21.00 |
| Dep Care Fsa | -50.00* | 300.00 |
| Med125 Pa | -50.00* | 300.00 |
| Tx Shel Annuity | -82.50* | 180.75 |
| Sal Red Agrment | | 294.75 |

| **Net Pay** | **$2,101.32** |
|---|---|
| Checking 1 | -2,101.32 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,567.50

© 2000 ADP, LLC

ROSEMONT COLLEGE
1400 MONTGOMERY AVENUE
ROSEMONT, PA 19010

Advice number:  00000260020
Pay date:       06/25/2020

Deposited to the account of
BRITTNEY E. NIX-CRAWFORD

| account number | transit ABA | amount |
|---|---|---|
| | | $2,101.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**