**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: BRITTNEY NIX-CRAWFORD    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 20-12678

## CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the foregoing Amended Chapter 13 Plan has been served upon the Trustee, U.S. Trustee, Debtor, all counsel and creditors who entered appearances and all creditors on the Matrix in the above captioned case on June 9, 2021 by regular first class mail or electronic mail.

BY: /s/ Zachary Perlick
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922