| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12678-AMC**

Brittney Nix-Crawford
254 West Essex Avenue
Lansdowne  PA    19050

Petition Filed Date: 06/18/2020
341 Hearing Date: 08/07/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2020 | $65.00 | | 09/01/2020 | $65.00 | | 10/02/2020 | $65.00 | |
| 11/02/2020 | $65.00 | | 12/03/2020 | $65.00 | | 01/05/2021 | $65.00 | |
| 02/01/2021 | $65.00 | | 03/04/2021 | $65.00 | | 04/05/2021 | $225.00 | |
| 05/03/2021 | $225.00 | | 06/02/2021 | $225.00 | | | | |

**Total Receipts for the Period: $1,195.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,195.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROBERT C LEITE-YOUNG | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,195.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $0.00 | Arrearages: | $160.00 |
| Paid to Trustee: | $101.05 | Total Plan Base: | $12,155.00 |
| Funds on Hand: | $1,093.95 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.