IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: BRITTNEY NIX-CRAWFORD<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | )<br>) Case No.: 20-12678 (AMC)<br>)<br>) |
| v. | )<br>) |
| BRITTNEY NIX-CRAWFORD<br>**Respondent(s)** | )<br>)<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Objection To Confirmation, and filed on or about November 11, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: November 16, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE