United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12678-amc |
| Brittney Nix-Crawford | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittney Nix-Crawford, 254 West Essex Avenue, Lansdowne, PA 19050-1509 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

**Name**        **Email Address**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 5

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Brittney Nix-Crawford rleite@roachleite.com lanette@roachleite.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

ZACHARY PERLICK
    on behalf of Debtor Brittney Nix-Crawford Perlick@verizon.net pireland1@verizon.net

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: BRITTNEY NIX-CRAWFORD<br>**Debtor(s)** | )<br>)<br>) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | )<br>) Case No.: 20-12678 (AMC)<br>)<br>) |
| v. | )<br>) |
| BRITTNEY NIX-CRAWFORD<br>**Respondent(s)** | )<br>)<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>)<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Objection To Confirmation, and filed on or about November 11, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: November 16, 2021**          _____
UNITED STATES BANKRUPTCY JUDGE