United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Brittney Nix-Crawford

    Debtor

Case No. 20-12678-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittney Nix-Crawford, 254 West Essex Avenue, Lansdowne, PA 19050-1509 |
| 14515409 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14518134 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14514344 | + | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14515410 | + | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14515411 | + | Cenlar FSB, PO Box 77404, Trenton, NJ 08628-6404 |
| 14515412 | + | Chysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 14526773 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14514243 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514388 | + | Lakeview Loan Servicing LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14515420 | + | Matthew Crawford, 254 W Essex Avenue, Lansdowne, PA 19050-1509 |
| 14589095 | + | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14589382 | + | Santander Consumer USA, Inc., dba Chrysler Capital, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown NJ 08057-3124 |
| 14521410 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14515422 | | Wells Fargo EFS, PO Box 847212, Sioux Falls, SD 57118 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14514344 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2021 23:32:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14515413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2021 23:42:25 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14515414 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2021 23:32:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14515417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2021 23:42:25 | DSNB/Macys, PO Box 8113, Mason, OH 45040 |
| 14515415 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2021 23:32:00 | Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 14515416 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2021 23:32:00 | Department of Eduction/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14515418 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 23:32:00 | Internal Revenue Service, 601 Market Street, Philadelphia, PA 19106-1729 |
| 14515419 | | Email/Text: camanagement@mtb.com | Nov 18 2021 23:32:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14515421 | + | Email/Text: bnc@nordstrom.com | Nov 18 2021 23:32:31 | NordstromTDBankUSA, 13531 E Caley Avenue, Englewood, CO 80111-6505 |
| 14515819 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2021 23:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14589095 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2021 23:32:00 | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX |

76161-0244

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT LEITE-YOUNG | |
| | on behalf of Debtor Brittney Nix-Crawford rleite@roachleite.com  lanette@roachleite.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | |
| | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| ZACHARY PERLICK | |
| | on behalf of Debtor Brittney Nix-Crawford Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 6

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brittney Nix−Crawford
             Debtor(s)

Chapter: 13

Bankruptcy No: 20−12678−amc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 17, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

95
Form 155