IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BRITTNEY NIX-CRAWFORD | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY No. 20-12678 AMC |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:              $500.00
Net amount to be paid by the Trustee    $500.00

BY THE COURT:

**Date: May 17, 2022**                  _____
THE HONORABLE ASHELY M. CHAN

Dated:_____

cc:    Scott F. Waterman, Trustee
       Via electronic mail

       Zachary Perlick, Esquire
       Via electronic mail

       Debtor