United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 20-12678-amc

Brittney Nix-Crawford                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brittney Nix-Crawford, 254 West Essex Avenue, Lansdowne, PA 19050-1509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT LEITE-YOUNG | on behalf of Debtor Brittney Nix-Crawford rleite@roachleite.com  lanette@roachleite.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Brittney Nix-Crawford Perlick@verizon.net  pireland1@verizon.net |

District/off: 0313-2                    User: admin                    Page 2 of 2
Date Rcvd: May 17, 2022                 Form ID: pdf900                 Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  BRITTNEY NIX-CRAWFORD      :       CHAPTER 13
                                                           :
                                                           :
                      DEBTOR                 :       BANKRUPTCY No. 20-12678 AMC


## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

　　　　Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $500.00 |
| Net amount to be paid by the Trustee | $500.00 |


　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　_____
**Date: May 17, 2022**

　　　　　　　　　　　　　THE HONORABLE ASHELY M. CHAN

Dated:_____

cc:    Scott F. Waterman, Trustee
        Via electronic mail

        Zachary Perlick, Esquire
        Via electronic mail

        Debtor