| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12678-AMC

Brittney Nix-Crawford
254 West Essex Avenue
Lansdowne  PA   19050

Petition Filed Date: 06/18/2020
341 Hearing Date: 08/07/2020
Confirmation Date: 11/17/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $225.00 | | 05/03/2021 | $225.00 | | 06/02/2021 | $225.00 | |
| 07/02/2021 | $225.00 | | 08/02/2021 | $392.00 | 8/2/2021 | 09/01/2021 | $392.00 | |
| 10/04/2021 | $392.00 | | 11/01/2021 | $392.00 | | 12/06/2021 | $392.00 | |
| 01/04/2022 | $415.00 | | 02/04/2022 | $400.00 | | 03/07/2022 | $400.00 | |
| 04/04/2022 | $400.00 | | 05/09/2022 | $415.00 | | 06/07/2022 | $400.00 | |
| 07/06/2022 | $400.00 | | | | | | | |

**Total Receipts for the Period: $5,690.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,210.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROBERT C LEITE-YOUNG (TEMP SUSPENSION) | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC »» 01S | Secured Creditors | $21,768.00 | $1,900.00 | $19,868.00 |
| 2 | SANTANDER CONSUMER USA INC »» 01U | Unsecured Creditors | $5,006.91 | $0.00 | $5,006.91 |
| 3 | MOMA FUNDING LLC »» 002 | Unsecured Creditors | $1,377.27 | $0.00 | $1,377.27 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 003 | Unsecured Creditors | $39,757.27 | $0.00 | $39,757.27 |
| 5 | WELLS FARGO EDUCATION »» 004 | Unsecured Creditors | $3,780.30 | $0.00 | $3,780.30 |
| 6 | WELLS FARGO EDUCATION »» 005 | Unsecured Creditors | $3,831.90 | $0.00 | $3,831.90 |
| 7 | M&T BANK »» 006 | Mortgage Arrears | $4,013.62 | $287.57 | $3,726.05 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

Chapter 13 Case No. 20-12678-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,210.00 | Current Monthly Payment: | $580.00 |
| Paid to Claims: | $5,687.57 | Arrearages: | $705.00 |
| Paid to Trustee: | $522.43 | Total Plan Base: | $32,536.70 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.