## UNITED STATES BANKRUPTCY COURT
### Eastern District Of Pennsylvania

**IN RE:** BRITTNEY NIX-CRAWFORD                    **CASE NO:** 2012678

### NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS

Wells Fargo Bank, N.A., *as Servicer,* hereby gives notice that all presently held or future payments to the creditor for the Court claim number(s) 5 from the Chapter 13 Trustee should be sent to the following address:

**OLD Payments Address:**
Wells Fargo Bank, N.A., Wells Fargo Educational Services
301 E 58th Street N
Sioux Falls SD 57104

**NEW Payments Address:**
Wells Fargo Bank, N.A. - Wells Fargo Education Financial Services
PO Box 564300
Charlotte, NC 28256-9914

/s/  Kevin T. Cunningham
Kevin T. Cunningham
**Wells Fargo Bank, N.A.**
MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438
Telephone: 1-866-834-7960
Email address: EFSBankruptcy@wellsfargo.com

BKCOADDR (03/2023)