| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-12678-AMC**

| | |
|---|---|
| Brittney Nix-Crawford | Petition Filed Date: 06/18/2020 |
| 254 West Essex Avenue | 341 Hearing Date: 08/07/2020 |
| Lansdowne  PA  19050 | Confirmation Date: 11/17/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $400.00 | | 09/06/2022 | $400.00 | | 10/05/2022 | $400.00 | |
| 11/04/2022 | $450.00 | | 12/02/2022 | $450.00 | | 01/04/2023 | $450.00 | |
| 02/01/2023 | $450.00 | | 03/06/2023 | $450.00 | | 04/03/2023 | $450.00 | |
| 05/02/2023 | $450.00 | | 06/02/2023 | $450.00 | | 07/05/2023 | $450.00 | |
| 08/01/2023 | $450.00 | | | | | | | |

**Total Receipts for the Period: $5,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,910.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROBERT C LEITE-YOUNG (TEMP SUSPENSION) | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»»  01S | Secured Creditors | $21,768.00 | $3,100.00 | $18,668.00 |
| 2 | SANTANDER CONSUMER USA INC<br>»»  01U | Unsecured Creditors | $5,006.91 | $0.00 | $5,006.91 |
| 3 | MOMA FUNDING LLC<br>»»  002 | Unsecured Creditors | $1,377.27 | $0.00 | $1,377.27 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»»  003 | Unsecured Creditors | $39,757.27 | $0.00 | $39,757.27 |
| 5 | WELLS FARGO BANK NA<br>»»  004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NA<br>»»  005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | M&T BANK<br>»»  006 | Mortgage Arrears | $4,013.62 | $3,899.57 | $114.05 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

Chapter 13 Case No. 20-12678-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,910.00 | Current Monthly Payment: | $777.10 |
| Paid to Claims: | $10,499.57 | Arrearages: | $2,753.40 |
| Paid to Trustee: | $1,000.93 | Total Plan Base: | $32,536.70 |
| Funds on Hand: | $409.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.