Certificate Number: 15111-PAE-DE-037750331

Bankruptcy Case Number: 20-12678



15111-PAE-DE-037750331

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on September 10, 2023, at 12:11 o'clock PM EDT, Brittney Nix-Crawford completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 10, 2023       By:  /s/Ryan McDonough

                                Name:  Ryan McDonough

                                Title:  Executive Director of Education