IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   BRITTNEY NIX-CRAWFORD   :   CHAPTER 13
                                 :
                                 :
         DEBTOR                  : Bankruptcy No. 20-12678AMC

ORDER

AND NOW, this 13th day of September, 2023, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN