Fill in this information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Brittney Nix-Crawford | |
| Debtor 2 (Spouse, if filing) | | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania | (State) |
| Case Number: | 20-12678-AMC | |

Document   Page 1 of 3

09/27/23 11:48:40   Desc Main

# Form 4100N
# Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

Name of creditor: M&T BANK

Court claim no. (if known): 6-2

Last 4 digits of any number you use to identify the debtor's account   4  1  6  2

Property Address:   254 W ESSEX AVENUE
LANSDOWNE, PA  19050

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**   **Amount**

a. Allowed prepetition arrearage:   (a) $ 168.63
b. Prepetition arrearage paid by the trustee:   (b) $ 168.63
c. Amount of postpatition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):   (c) $ -0-
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:   (d) $ -0-
e. Allowed postpetition arrearage:   (e) $ 3,844.99
f. Postpetition arrearage paid by the trustee:   +(f) $ 3,844.99
g. **Total.** Add lines b, d, and f.   (g) $ 4,013.62

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
   Current monthly mortgage payment   $ _____
   The next postpetition payment is due on   ___/___/_____
                                              MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

Debtor 1  **Brittney Nix-Crawford**
Name

Case number (if known) **20-12678-AMC**

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Scott F. Waterman
Signature

Date 09/27/2023

Trustee       Scott F. Waterman

Address      2901 St. Lawrence Avenue, Suite 100
             Reading, PA  19606

Contact phone  (610) 779-1313                Email  info@ReadingCh13.com

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **M&T BANK** | | **Claim Number 7** | | | |
| Jun 27, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17230352 | 19.57 |
| Jul 22, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17231348 | 268.00 |
| Aug 19, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17232290 | 268.00 |
| Sep 23, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17233261 | 268.00 |
| Oct 21, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17234229 | 268.00 |
| Nov 18, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17235176 | 314.00 |
| Dec 16, 2022 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17236106 | 314.00 |
| Jan 20, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17237046 | 314.00 |
| Feb 17, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17237968 | 314.00 |
| Mar 17, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17238842 | 314.00 |
| Apr 21, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17239769 | 309.50 |
| May 19, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17240679 | 309.50 |
| Jun 16, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17241508 | 309.50 |
| Jul 21, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17242348 | 309.50 |
| Sep 22, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | M&T1288 | 17244040 | 114.05 |
| **TOTAL FOR M&T BANK** | | | | | **4,013.62** |
| | | | | **DISBURSEMENT TOTAL** | **4,013.62** |