United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12678-amc
Brittney Nix-Crawford  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittney Nix-Crawford, 254 West Essex Avenue, Lansdowne, PA 19050-1509 |
| 14514388 | + | Lakewview Loan Servicing LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14515420 | + | Matthew Crawford, 254 W Essex Avenue, Lansdowne, PA 19050-1509 |
| 14589382 | + | Santander Consumer USA, Inc., dba Chrysler Capital, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown NJ 08057-3124 |
| 14786163 | + | Wells Fargo Bank,N.A., Wells Fargo Education Financial, Services, PO Box 564300, Charlotte NC 28256-4300 |
| 14515422 | | Wells Fargo EFS, PO Box 847212, Sioux Falls, SD 57118 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2023 01:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14515409 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:56:32 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14518134 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2023 00:56:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14515411 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 26 2023 01:13:00 | Cenlar FSB, PO Box 77404, Trenton, NJ 08628 |
| 14514344 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2023 01:13:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14515410 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2023 00:26:32 | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14515412 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2023 01:13:00 | Chysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 14515413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2023 00:27:21 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14515414 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2023 01:13:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14515417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2023 00:25:48 | DSNB/Macys, PO Box 8113, Mason, OH 45040 |
| 14515415 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 26 2023 01:13:00 | Department of Education, PO Box 82561, Lincoln, NE 68501-2561 |
| 14515416 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 26 2023 01:13:00 | Department of Eduction/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14515418 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 26 2023 01:13:00 | Internal Revenue Service, 601 Market Street, Philadelphia, PA 19106-1729 |
| 14526773 | ^ | MEBN | Sep 25 2023 23:29:46 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14514243 | ^ | MEBN | Sep 25 2023 23:29:50 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14515419 | | Email/Text: camanagement@mtb.com | Sep 26 2023 01:13:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 14515421 | + | Email/Text: bnc@nordstrom.com | Sep 26 2023 01:13:19 | NordstromTDBankUSA, 13531 E Caley Avenue, Englewood, CO 80111-6505 |
| 14515819 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2023 01:13:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14589095 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2023 01:13:00 | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14521410 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 26 2023 00:26:28 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Debtor Brittney Nix-Crawford rleite@roachleite.com  lanette@roachleite.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 25, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

ZACHARY PERLICK
    on behalf of Debtor Brittney Nix-Crawford Perlick@verizon.net
    pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Brittney Nix−Crawford
        Debtor(s)                             Case No: 20−12678−amc
                                                                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/25/23